**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION**

| | |
|---|---|
| **ROBERT McKENZIE,** )<br>)<br>    **Plaintiff,** )<br>)<br>v.                                                    )<br>)<br>**CAMDUR BUILDING GROUP, INC.** )<br>)<br>    **Defendant.** )<br>_____) | Civil Action File<br>No. _____<br><br>3:15-cv-157-TCB |

## CAMDUR BUILDING GROUP, INC.'S NOTICE OF REMOVAL

COMES NOW CAMDUR BUILDING GROUP, INC. ("CAMDUR"), and, pursuant to U.S.C. §§1331, 1441(a) and 1446, respectfully files this Notice of Removal, seeking to remove this civil action to the U.S. District Court for the Northern District of Georgia, Newnan Division. In support of Notice of Removal, CAMDUR shows:

1. On January 22, 2015, Plaintiff filed a "Statement of Claim" against CAMDUR in the Magistrate Court of Carroll County, Georgia, styled: *Robert T. McKenzie v. Camdur Building Group, Inc.*, Case No. 2015-CV-99282 (the "Magistrate Court Action"). In the Magistrate Court Action, Plaintiff sought from Defendant $7,133 in "unpaid labor" and

        miscellaneous supplies, plus $95 in court costs, and no federal claim or cause of action was asserted therein.

2. On August 10, 2015, Plaintiff filed a Notice of Appeal of the Magistrate Court Action to the Superior Court of Carroll County, where it was assigned Case No. 15CV00885 (the "Superior Court Action.")  No new claims were asserted in the Superior Court action at that time.

3. On or about September 9, 2015, Plaintiff filed an Amended Complaint in the Superior Court of Carroll County, Georgia which, for the first time, asserted federal causes of action under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq*.  The Amended Complaint was served upon CAMDUR by U.S. Mail on September 9, 2015.

4. This Notice of Removal is filed in the U.S. District Court for the Northern District of Georgia, Newnan Division, within 30 days from the date of service of the Amended Complaint.  A copy of the Magistrate Court Action, the Superior Court Action, and the Amended Complaint are attached hereto as Exhibits "A" – "C" respectively, and are incorporated herein by reference.  The other documents which have been served upon CAMDUR to date is written discovery from

Plaintiff, which is cumulatively attached hereto as Exhibit "D" and is incorporated herein by reference.

5. This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1331 because the Plaintiff's claims arise under the Constitution, laws, or treaties of the United States.

6. Plaintiff's Complaint asserts a cause of action under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* Accordingly, this civil action is properly removed to this Court pursuant to 28 U.S.C. § 1441(b).

7. This Notice of Removal is filed within 30 days of receipt of the Amended Complaint as required by 28 U.S.C. § 1446(b).

8. CAMDUR is the only defendant named in this civil action, and therefore no one else need consent to the removal of this civil action to the U.S. District Court for the Northern District of Georgia, Newnan Division.

9. CAMDUR is contemporaneously serving written notice of the filing of this Notice of Removal to all parties of record in the Superior Court Action and to the Clerk of the Superior Court of Carroll County, State of Georgia, pursuant to 28 U.S.C. § 1446(d). A copy of the Notice of

Filing Notice of Removal is attached hereto as Exhibit "E" and incorporated herein by reference.

WHEREFORE, having fully complied with all requirements for the removal of this civil action, Defendant CAMDUR requests that the civil action now pending in the Superior Court of Carroll County, Georgia be removed to the U.S. District Court for the Northern District of Georgia, Newnan Division.

Respectfully submitted this 6th day of October, 2015.

/s/ **Dean R. Fuchs**
Dean R. Fuchs
Georgia Bar No. 279170
E-mail: drf@swtlaw.com
Stephen W. Brown
Georgia Bar No. 290672
E-mail: swb@swtlaw.com

Schulten Ward & Turner, LLP
260 Peachtree Street, NW, Suite 2700
Atlanta, GA 30303
Telephone:  (404) 688-6800
Facsimile:   (404) 688-6840

*Counsel for Defendant*

## **CERTIFICATION UNDER L.R. 7.1D**

Pursuant to Northern District of Georgia Local Rule 7.1D, the undersigned counsel for Defendant hereby certifies that the above and foregoing pleading is a computer document prepared in Times New Roman (14 point) font in accordance with Local Rule 5.1B.

So certified this 6th day of October, 2015.

                                              /s/ Dean R. Fuchs
                                              Dean R. Fuchs
                                              Georgia Bar No. 279170

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| ROBERT McKENZIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action File |
| | ) No. _____ |
| CAMDUR BUILDING GROUP, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I certify that on October 6, 2015, I electronically filed **DEFENDANT'S NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system, and that a copy of the same was served via CM/ECF upon the following counsel:

Charles R. Bridgers
Matthew W. Herrington
DELONG, CALDWELL, BRIDGERS,
FITZPATRICK & BENJAMIN, LLC
3100 Centennial Tower
101 Marietta St.
Atlanta, GA 30303

/s/ Dean R. Fuchs
Dean R. Fuchs
Georgia Bar No. 279170