# EXHIBIT "A"

STATEMENT OF CLAIM

## MAGISTRATE COURT OF CARROLL COUNTY

P.O. Box 338
Carrollton, GA 30112
(Court Address)

Case No. 2015-CV-00282
Date Filed: 1/22/15

PLAINTIFF: Robert T. McKenzie
9427 Poole Rd
Villa Rica, Ga 30180
(Name, Address and Telephone Number)
770-459-4486

Vs.

DEFENDANT: Camdur Building Group Inc.
628 Old Town Rd PO Box 128
Villa Rica, GA 30180-3094
(Name, Address and Telephone Number)

### STATEMENT OF CLAIM

☐ Suit on a Note    ☐ Suit on Account    ☒ Other (Explain) unpaid labor $7133

Plaintiff says the defendant is indebted to the plaintiff as follows:

He hired me for 20 dollars an hour for remodel job and stopped paying after check #6. He owes me $7133 on 4 checks (2 weeks per check) 2980
200 – paint sprayer                                                                                2181
52 time clock                                                                                       1360
                                                                                                     360

That said claim is in the amount of $ 7133 plus $ 98 costs to date; and all future costs of this suit.

State of Georgia  Carroll  County:

Robert T. McKenzie being duly sworn on oath, says the foregoing is a just and true statement of the plaintiff and claim made by plaintiff against defendant, exclusive of all set-offs and just grounds of defense.

Sworn to and subscribed before me

This 22nd day of January, 2015

_____
Notary Public or Attending Official

Robert T. McKenzie
(Agent for) Plaintiff

_____
(If agent, title/capacity)

2015 JAN 22 PM 3 FILED

### NOTICE AND SUMMONS

To: Camdur Building Group

You are hereby notified that Robert McKenzie has made and filed a claim and is asking for judgement against you in the sum of $ 7133 + 98 dollars ($ 7231), as shown by the foregoing statement. YOU ARE REQUIRED TO FILE OR PRESENT AN ANSWER TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. IF YOU DO NOT ANSWER, JUDGEMENT BY DEFAULT WILL BE ENTERED AGAINST YOU. YOUR ANSWER MAY BE FILED IN PERSON ONLY, EITHER ORALLY OR IN WRITING, TO THE CHIEF OR PRESIDING MAGISTRATE JUDGE DURING THE REGULAR COURT HOURS.

The court will hold a hearing upon this claim at a time to be set after your answer is filed. If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing. If you wish to have witnesses summoned, see the court at once for assistance.

If you have any claim against the plaintiff, you should notify the court at once. If you admit the claim, but desire additional time to pay, you must come to the hearing in person and state the circumstances to the court.
You may come with or without an attorney.

Magistrate/Clerk/Deputy Clerk _____ Carroll County

Robert McKenzie
9427 Poole Rd
Villa Rica Ga 30180

say who and I pick up

Robert J. McKenzie → 770 459 4486 → I screen my calls.

total → $7133 for unpaid labor - paint sprayer - and time clock.

His name is **Jeff Camp**
name of company: Camdur Building Group Inc.

his company → 628 Old Town Rd PO Box 128
Villa Rica GA 30180-3094

He is the Registered Agent for this Incorp control # 054 5648

He hired me to do the electrical work on the Smyrna Recycling Center a remodel job off of South Cobb drive and Concord Rd.

job worked on → Smyrna Recycling Center
3475 Lake Drive SE #A
Smyrna GA 30082-2817

I stopped getting a paycheck on November 28th 2014. These are 2 week paychecks. last one received was Nov 14th. For 20 dollars an hr. I had received 6 checks Sept 4 2014 till Nov 14 2014. One excuse after another and promise to pay me - kept me working. But kept me from taking action against him. So now he owes me for 1st check - 2980
2nd " 2181
also a paint sprayer $200       3rd " 1360
time clock $52    →   4th " 360 → $7133

He admits to me I've done nothing wrong. My work passed all inspections for the code and Georgia Power Co.

**SHERIFF'S ENTRY OF SERVICE**

Civil Action No. _2015-CV-0082_

Date Filed: _1/22/15_

Superior Court ☐
State Court ☐
Juvenile Court ☐
Magistrate Court ☑
Probate Court ☐

Georgia, _Carroll_ COUNTY

Attorney's Address

_Robert T. McKenzie_
Plaintiff

vs.

_Camdur Building Group_
Defendant

Name and Address of Party to be Served
_Camdur Building Group Inc_
_628 Old Town Rd PO Box 128_
_Villa Rica GA 30180-3094_

Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS**
☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows:
age, about ____ years; weight, about ____ pounds; height, about ____ feet and ____ inches, domiciled at the residence of the defendant.

**CORPORATION**
☒ Served the defendant _____ a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This ___ day of _____, 20 ___.

DEPUTY

SHERIFF DOCKET _____ PAGE _____
WHITE-CLERK   CANARY-PLAINTIFF   PINK-DEFENDANT

# MAGISTRATE COURT OF CARROLL COUNTY
## STATE OF GEORGIA

FILED
2015 FEB 19 PM 12 16

CASE NO. CV 2015-CV-00282

Robert T. McKenzie
(Name of (Plaintiff)
9427 Poole Road, Villa Rica, GA 30180
770-459-4486
(Address and Phone No.)

VS.

Camdur Building Group, Inc.
(Name of Defendant(s))
628 Old Town Road, Villa Rica, GA 30180
678-785-1205 office / 770-480-4417 cell
(Address and Phone No.)

### ANSWER AND/OR COUNTERCLAIM OF DEFENDANT

Defendant was served with a claim from this Court on the __23__ day of __January__, 200 _15_, and denies the claim and shows the Court the following:
(CHECK ANY THAT APPLY TO THIS CASE)

- ☐ I/We **do not** owe the plaintiff anything.
- ☐ The amount the plaintiff says I/we owe is too much but I/we **do admit** owning $ _____.
- ☐ I/We filled **bankruptcy**, Bankruptcy Case No. _____ on the _____ day of _____, 200 ____ and I/we named plaintiff as a creditor.
- ☐ This case is in the wrong Court because the amount plaintiff sues for exceeds this Court's jurisdiction.
- ☐ I/We were not properly served with notice of plaintiff's suit because _____
- ☐ I/We did not reside in Carroll County when this case was filed so it should be transferred to _____ County.
- ☒ Other answer and/or counterclaim (use additional sheet if necessary).
  See attached

Sworn to and subscribed before me this
_19_ day of _February_, 200 _15_.

Notary public/Attesting Official

Defendant

### NOTICE OF HEARING DATE AND TIME

TO: PLAINTIFF(S) AND DEFENDANT(S) NAMED ABOVE:
This case will be heard on the _____ day of _____, 200 ____, at _____ a.m. / p.m. 108 Courtyard Square.
If you wish to have witnesses, books, receipts, or other writings bearing on this claim, you should bring them with you at the time of hearing. Subpoenas may be obtained from the Court.

I certify I have this _____ day of _____, 200 _____ mailed a copy of the above answer and notice of hearing to the plaintiff(s) and defendant(s) named above.

Clerk/ Deputy Clerk, Magistrate Court

Answer - 2015-CV-00282 - Robert T. McKenzie vs. Camdur Building Group, Inc.

Jeff Camp of Camdur made multiple attempts to meet with Mr. McKenzie to discuss his hours. He did not show for any of the meetings; then stopped returning phone calls. Mr. McKenzie did show up, unannounced, at the office on 01/02/2015. We did not have anyone available to meet with him at that time but we did ask him to schedule a meeting for a later date.

He was repeatedly caught sleeping on the job by the customer. He claims excessive hours for the scope of work completed. He worked outside of the approved and posted working hours (M-F 7 AM until 6 PM). He did not sign into the log book as required.

FILED 2015 FEB 19 PM 12 16

# CARROLL COUNTY MAGISTRATE MEDIATION PROGRAM

Judge Alton P. Johnson  
Chief Magistrate

P.O. Box 338  
Carrollton, GA  30112  
(770) 830-5983

Elmira B. Barrow and Brenda Knott  
Carroll County Mediation Program Coordinators

NOTICE: Under GEORGIA LAW, CODE SECTION 15-10-44(a). you are required to attempt settlement of your civil dispute before going to court.

Please take notice that a Mediation Session has been scheduled in the following case:

**Case:** Robert T. McKenzie v Camdur Building Group, Inc.  
CV2015-00282

**Date:** Monday, May 04, 2015   8:30 AM

**Location:** Carroll County Magistrate Court  
166-A Independence Drive  
Carrollton, GA 30116

Hearing set  
date if not resolved  
in Mediation

The Mediation Program is a service that the Magistrate Court utilizes in an effort to expedite the resolution of your dispute. Therefore, you need to understand that your attendance is KEY. If you fail to attend a scheduled Mediation Session without permission from the court, and your case is set for a hearing on the same date following Mediation, your failure to appear at a court hearing will result in an immediate JUDGMENT BY DEFAULT. You are required to attend your scheduled Court Session, unless you resolve your dispute in the Mediation Session which is provided at no cost to you by this court.

Come prepared to present the facts of this case. You are advised to bring to the mediation any relevant documents and other materials which you believe will be helpful to this case. This mediation will give you the opportunity to reach an agreement which should resolve the dispute.

ATTEND PROMPTLY! If for any reason you cannot attend the mediation on the date noted above, you must contact the Mediation Coordinator immediately. If you have any questions, please contact the Mediation Office at 830-5983 or 830-5993, between the hours of 8:00 am and 5:00 pm, Monday through Friday. If no one is available to take your call, PLEASE leave a message.

*Please note that your mediator, is an impartial neutral. Therefore, if you will need an attorney to advise you before signing the agreement, please understand that you have the right to bring your attorney to the Mediation Session or have your attorney review the agreement before you sign it.

**PLEASE CONTACT THIS OFFICE AT 770-830-5983 AS SOON AS POSSIBLE BEFORE YOUR APPOINTMENT TO CONFIRM ATTENDANCE!!!  Thank You!**

Date:    Wednesday, March 11, 2015

(Carroll_Schedule_Notice_Civil)

## MAGISTRATE COURT OF CARROLL COUNTY
166-A Independence Drive - Carrollton, GA 30116
770-830-5874

## STATE OF GEORGIA

### NOTICE OF HEARING

ROBERT T. MCKENZIE

     Plaintiff(s)

VS.                                                                          2015-CV-00282

CAMDUR BUILDING GROUP, INC.

     Defendant(s)

This case will be heard on **Monday, the 4th day of MAY, 2015 at 9:00 a.m.** in the Magistrate Court of Carroll County located at **166-A Independence Dr., Carrollton, GA 30116 (behind jail).** All parties must be in the courtroom to answer the calendar call at **9:00 a.m.**

***NOTE: Case will be mediated at 8:30 a.m. prior to court at 9:00 am if not resolved in mediation.**

If you wish to have witnesses, books, receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing. Subpoenas may be obtained from the court.

Brenda Knott
Magistrate Court - Mediation Coordinator
770-830-5983

cc:    ROBERT T. MCKENZIE
       9427 Poole Rd
       Villa Rica, GA 30180

       CAMDUR BUILDING GROUP, INC.
       P.O. Box 128
       Villa Rica, GA 30180

This 11th Day of March, 2015