IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT MCKENZIE,<br>Plaintiff,<br>vs.<br>CAMDUR BUILDING GROUP, INC.,<br>Defendant. | Civil Action No. 3:15-cv-00157-TCB |

## ORDER APPROVING SETTLEMENT

Upon review of the Joint Motion to Approve Settlement, and upon the review of the Settlement Agreement entered into between the parties, and for other good cause shown, the Court finds that the settlement is fair and reasonable and the Parties' Joint Motion is hereby GRANTED. Thus, it is ORDERED that the referenced Settlement and Release Agreement is APPROVED. The Court shall retain jurisdiction over this matter until all consideration provided for in the Settlement Agreement is paid.

This 21st day of December, 2015.

_____
TOMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE